**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| FRANK RECRUITMENT GROUP INC.,<br>Plaintiff,<br><br>v.<br><br>WINTELLISYS INC.,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:24-cv-02904-SHL-tmp |

## ORDER DIRECTING CLERK TO ENTER DEFAULT

Before the Court is Plaintiff Frank Recruitment Group Inc.'s Motion for Sanctions with Request for Default Judgment. (ECF No. 46.) As previously observed, this case has languished, largely because of Defendant Wintellisys Inc.'s "repeated failures to cooperate, or, for that matter, communicate, with its counsel to resolve" the Parties' discovery issues. (ECF No. 44 at PageID 204.) Now, Frank Recruitment moves for sanctions and default judgment to be assessed against Wintellisys. However, before that Motion can be addressed, the Clerk must enter default in Plaintiff's favor. See Fed. R. Civ. P. 55.

Previously, Wintellisys was ordered "to serve full and complete answers to [Frank Recruitment's] Request for Production of Documents." (ECF No. 40 at PageID 199.) That Order made clear that, if Wintellisys failed to produce the responsive documents within ten days of February 12, 2026, default would be entered against it. (Id.) Frank Recruitment's Motion for Default Judgment represents that "Wintellisys has failed to provide any further discovery" following the Court's February 12, 2026, Order. (ECF No. 46 at PageID 210; see also ECF No. 43.) Nothing on the docket contradicts that representation. Therefore, the Clerk of Court is **DIRECTED** to enter default against Defendant Wintellisys, Inc.

**IT IS SO ORDERED,** this 19th day of October, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE